UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER JORDAN OATWAY,<br><br>                Plaintiff,<br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>                Defendants. | CASE NO. 2:24-cv-00523-LK<br><br>ORDER TO SHOW CAUSE |

       This matter comes before the Court on Plaintiff Tyler Oatway's Motion for Default Judgment against Defendant 700 Credit, LLC, a Michigan corporation. Dkt. No. 24. On April 29, 2024, Oatway filed a Proof of Service for 700 Credit, LLC. Dkt. No. 4. The accompanying affidavit states that process was served on Melisa Jimenez, "who is designated by law to accept service of process" on behalf of 700 Credit, LLC. *Id.* at 3. However, the proof of service and affidavit do not specify the address at which process was served. Nor do they state if Melisa Jimenez is an officer or agent or otherwise among the categories of individuals eligible to accept service for a limited liability company under applicable law. *See* Fed. R. Civ. P. 4(h)(1) (service on a partnership or

ORDER TO SHOW CAUSE - 1

other unincorporated association can be accomplished in the manner allowed under Rule 4(e)(1), or by delivering a copy of the summons and complaint to an officer or authorized agent); Fed. R. Civ. P. 4(e)(1) (allowing service by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made") Mich. Ct. R. 2.105(H) (describing how service of process on a limited liability company may be effectuated). The Court requests that Oatway provide this information in order to aid its determination as to the adequacy of service under Federal Rule of Civil Procedure 4(h).

Therefore, the Court ORDERS Oatway to show cause no later than September 27, 2024 why the Motion for Default Judgment should not be denied for failure to prove proper service of Defendant 700 Credit, LLC.

Dated this 16th day of September, 2024.

Lauren King
United States District Judge

ORDER TO SHOW CAUSE - 2